IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| HOWARD KORER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | General No. 08 MR 0110 |
| | ) | |
| DANITA CORPORATION, an Illinois | ) | |
| corporation, d/b/a THE UPS STORE #1661, | ) | |
| and UNITED PARCEL SERVICE, INC., | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL BY UNITED PARCEL SERVICE, INC.**

TO:   Clerk of Court
   Circuit Court of the Nineteenth Judicial Circuit, Lake County
   18 N. County Street
   Waukegan, IL  60085

   Robert J. Long, Esq.
   Daniels, Long & Pinsel, LLC
   19 North County Street
   Waukegan, IL  60085
   Attorney for Plaintiff

   Edward J. Kozel, Esq.
   333 South Wabash Avenue
   25th Floor
   Wabash, IL  60604
   Attorney for Defendant Danita Corporation d/b/a The UPS Store #1661

PLEASE TAKE NOTICE that the undersigned has this day filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached Notice of Removal. Pursuant to 28 U.S.C. §§ 1441 and 1446, the

above-styled action is now removed and all further proceedings in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois are stayed.

This 15th day of May, 2008.

*[signature]*
JOHN S. GRAETTINGER, JR.
Illinois ARDC No. 6197736
Attorney for
United Parcel Service, Inc.

53 W. Jackson, Suite 950
Chicago, Illinois 60604-3849
Voice:(312) 408-0320
Fax: (312) 408-0321
Email:JSG@Pentwater.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL and the attached NOTICE OF REMOVAL was served upon Plaintiff and Defendant Danita Corporation d/b/a The UPS Store #1661 and the Clerk of Court of the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois on this 15th day of May, 2008, by United States Mail, addressed as follows:

Robert J. Long, Esq.
Daniels, Long & Pinsel, LLC
19 North County Street
Waukegan, IL  60085

Edward J. Kozel, Esq.
333 South Wabash Avenue
25th Floor
Chicago, IL  60604

Clerk of Court
Circuit Court of the Nineteenth Judicial Circuit, Lake County
18 N. County Street
Waukegan, IL  60085

JOHN S. GRAETTINGER, JR.