IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD KORER,<br><br>　　　　Plaintiff<br><br>v.<br><br>DANITA CORPORATION and UNITED PARCEL SERVICES, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)　No. 08-cv-02837<br>)<br>)　Judge Ruben Castillo<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:　　John S. Graettinger, Jr.　　　　　　　　Robert J. Long, Esq.
　　　　53 West Jackson　　　　　　　　　　　　Daniels, Long & Pinsel, LLC
　　　　Suite 950　　　　　　　　　　　　　　　19 North County Street
　　　　Chicago, Illinois 60604　　　　　　　　Waukegan, Illinois 60085

　　　　Edward J. Kozel, Esq.
　　　　333 South Wabash Avenue
　　　　25thh Floor
　　　　Wabash, Illinois 60604

　　　PLEASE TAKE NOTICE that on June 13, 2008, we filed the appearances of David A. Novoselsky and James J. Ayres on behalf of the Plaintiff, with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　/s/ DAVID A. NOVOSELSKY
　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

## CERTIFICATE OF SERVICE

I, David A. Novoselsky, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and documents referred to therein to all parties listed above electronically on June 13, 2008, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

Respectfully submitted,

By: /s/ DAVID A. NOVOSELSKY
One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602