IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD KORER, )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>DANITA CORPORATION and UNITED )<br>PARCEL SERVICES, INC. )<br>)<br>  Defendant. ) | No. 08-cv-02837<br><br>Judge Ruben Castillo |

### NOTICE OF FILING

TO:   John S. Graettinger, Jr.          Robert J. Long, Esq.
      53 West Jackson                   Daniels, Long & Pinsel, LLC
      Suite 950                         19 North County Street
      Chicago, Illinois 60604           Waukegan, Illinois 60085

      Edward J. Kozel, Esq.
      333 South Wabash Avenue
      25thh Floor
      Wabash, Illinois 60604

PLEASE TAKE NOTICE that on June 16, 2008, we filed the appearances of Leslie J. Rosen and Julie E. Fox and Motion to Remand and Clarify Court's Order of May 27, 2008, on behalf of the Plaintiff, with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

                                        Respectfully submitted,

                                        By: /s/ DAVID A. NOVOSELSKY
                                            One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

## CERTIFICATE OF SERVICE

I, David A. Novoselsky, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and documents referred to therein to all parties listed above electronically on June 16, 2008, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

Respectfully submitted,

By: /s/ DAVID A. NOVOSELSKY
One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602