**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Howard Korer
                                   Plaintiff,

v.                                                        Case No.: 1:08−cv−02837
                                                           Honorable Ruben Castillo

Danita Corporation, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/1/2008. Defendants' response to Plaintiff's motion to remand and clarify the Court's Order of May 27, 2008 [10] is due on or before 7/22/2008. Plaintiff's reply due on or before 8/5/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.