IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD KORER, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 08-cv-02837 |
| v. ) | |
| ) | Judge Ruben Castillo |
| DANITA CORPORATION and UNITED ) | |
| PARCEL SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that on August 12, 2008, at 9:45 a.m., we shall appear before the Honorable Judge Ruben Castillo, in Courtroom 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge sitting in his stead, and shall then and there present Plaintiff's Motion for Enlargement of Time to File Reply, a true and correct copy of which is attached hereto and herewith served upon you.

    Respectfully Submitted,

    NOVOSELSKY LAW OFFICES
    By:  /s/ James J. Ayres
         One of Plaintiff's Attorneys

David A. Novoselsky (#02069881)
James J. Ayres (#06186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

### CERTIFICATE OF SERVICE

    I, James J. Ayres, an attorney, hereby certify that I served a copy of the foregoing Notice of Motion and documents referred to therein to all parties listed electronically on August 5, 2008, pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

    /s/ James J. Ayres