UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Howard Korer
                           Plaintiff,

v.                                                         Case No.: 1:08−cv−02837
                                                              Honorable Ruben Castillo

Danita Corporation, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion for enlargement of time to file reply [19] is granted. Plaintiff's reply to his motion to remand and clarify the Court's order of May 27, 2008 [10] is due 8/12/2008. The Court will rule by mail. Motion hearing set for 8/12/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.