IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD KORER, | ) |
| | ) |
| | ) |
| Plaintiff | ) No. 08-cv-02837 |
| | ) |
| v. | ) Judge Ruben Castillo |
| | ) |
| DANITA CORPORATION and UNITED | ) |
| PARCEL SERVICES, INC. | ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   John S. Graettinger, Jr.          Robert J. Long, Esq.
      53 West Jackson                    Daniels, Long & Pinsel, LLC
      Suite 950                          19 North County Street
      Chicago, Illinois 60604            Waukegan, Illinois 60085

      Edward J. Kozel, Esq.
      333 South Wabash Avenue
      25thh Floor
      Wabash, Illinois 60604
      Fax: (312) 817-1978

    PLEASE TAKE NOTICE that on August 12, 2008, we filed Reply of Plaintiff to Defendant United Parcel Services, Inc.'S Response to Plaintiff's Motion to Remand and Clarify this Court's Order of May 27, 2008 with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

    Respectfully submitted,

    By:  */s/ James J. Ayres*
        One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

**CERTIFICATE OF SERVICE**

      I, James J. Ayres, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and documents referred to therein to all parties listed above electronically on August 12, 2008, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                    Respectfully submitted,

                                      By: */s/ James J. Ayres*
                                      One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602